UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR DEMOCRACY, HEDY EPSTEIN, and BEN KJELSHUS, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION, <br><br> Defendant. | CASE NUMBER 1:02CV00527 <br> JUDGE: Emmet G. Sullivan <br> DECK TYPE: Administrative Agency Review <br> DATE STAMP: 03/19/2002 |

**FILED**

MAR 1 9 2002

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### MOTION FOR ADMISSION *PRO HAC VICE*

Jordan B. Yeager moves the Court for, and sponsors, the admission *pro hac vice* of Lisa J. Danetz, John C. Bonifaz, Brenda Wright, and Bonita Tenneriello. In support of this motion, Jordan B. Yeager states the following:

1. I am a member of the Bar of this Court, duly and legally admitted to practice before the United States District Court for the District of Columbia.

2. I am associated with Lisa J. Danetz, John C. Bonifaz, Brenda Wright, and Bonnie Tennierello in this particular action, appearing as local counsel.

3. I have attached certifications from Ms. Danetz, Mr. Bonifaz, Ms. Wright, and Ms. Tenneriello that comply with LCvR 83.2(d). *See* Exhibits A, B, C, and D.

WHEREFORE, petitioner prays that Lisa J. Danetz, John C. Bonifaz, Brenda Wright, and Bonita Tenneriello be admitted *pro hac vice*.

Respectfully Submitted,

Date: 3/19/02

Jordan B. Yeager (D.C. Bar No. 437156)
Boockvar & Yeager
714 Main Street
Bethlehem, PA 18018
(610) 861-4662

**FILED**

MAR 1 9 2002

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR DEMOCRACY, HEDY EPSTEIN, and BEN KJELSHUS, | Civil Action No. 02 0527 |
| Plaintiffs, | |
| v. | EXHIBIT A |
| FEDERAL ELECTION COMMISSION, | |
| Defendant. | |

**CERTIFICATION OF LISA J. DANETZ IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Lisa J. Danetz, certify the following in support of the Motion for Admission *Pro Hac Vice*:

1. My office address is National Voting Rights Institute, One Bromfield Street, 3rd Floor, Boston, Massachusetts, 02108. My telephone number is (617) 368-9100. The facsimile number is (617) 368-9101.

2. I was admitted to the bar of the District of Columbia in February, 1999 (D.C. Bar No. 461985); the bar of the Supreme Judicial Court of Massachusetts in June, 2000; the bar of the State of New York in September 1997; the bar of the State of New Jersey in December 1996; the bar of the United States Court of Appeals for the Ninth Circuit in December, 2001; the bar of the United States District Court for the District of Massachusetts in January, 2001; the bars of the United States District Courts for the Eastern District of New York and the Southern District of New York in May, 1998; and the bar of the United States District Court for the District of New Jersey in January 1997.

3. I have not been disciplined by any bar nor are there any pending disciplinary matters against me.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not practice law from an office located in the District of Columbia.

I affirm under the penalties for perjury that the foregoing is true and correct.

3/1/02
Date

Lisa J. Danetz

**FILED**

MAR 1 9 2002

NANCY M. MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR DEMOCRACY, HEDY EPSTEIN, and BEN KJELSHUS, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION, <br><br> Defendant. | Civil Action No. <br><br><br> EXHIBIT B |

**CERTIFICATION OF JOHN C. BONIFAZ IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, John C. Bonifaz, certify the following in support of the Motion for Admission *Pro Hac Vice*:

1. My office address is National Voting Rights Institute, One Bromfield Street, 3rd Floor, Boston, Massachusetts, 02108. My telephone number is (617) 368-9100. The facsimile number is (617) 368-9101.

2. I was admitted to the bar of the Supreme Judicial Court of Massachusetts on January 19, 1993; the bar of the United States Supreme Court on June 3, 1996; the bar of the United States Court of Appeals for the First Circuit on August 11, 2000; the bar of the United States Court of Appeals for the Sixth Circuit on March 17, 1997; the bar of the United States Court of Appeals for the Ninth Circuit on July 28, 1997; the bar of the United States Court of Appeals for the Tenth Circuit on November 23, 2001; and the bar of the United States District Court for the District of Massachusetts on February 24, 1995.

3. I have not been disciplined by any bar nor are there any pending disciplinary matters against me.

4. I have been admitted *pro hac vice* in this Court one (1) time within the last two years. My admission *pro hac vice* was in *Arias v. Dyncorp*, 1-01-0198-RWR.

5. I do not practice law from an office located in the District of Columbia.

I affirm under the penalties for perjury that the foregoing is true and correct.

3/1/02
Date

John C. Bonifaz

FILED
MAR 1 9 2002
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ALLIANCE FOR DEMOCRACY, )
HEDY EPSTEIN, and ) Civil Action No.
BEN KJELSHUS, )
 )
 )
              Plaintiffs, )
 )
v. )
 ) EXHIBIT C
FEDERAL ELECTION COMMISSION, )
 )
              Defendant. )
 )

**CERTIFICATION OF BRENDA WRIGHT IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Brenda Wright, state the following in support of the Motion for Admission *Pro Hac Vice*:

1. My office address is National Voting Rights Institute, One Bromfield Street, 3rd Floor, Boston, Massachusetts, 02108. My telephone number is (617) 368-9100. The facsimile number is (617) 368-9101.

2. I was admitted to the bar of the State of New York on May 2, 1983; the bar of the United States Supreme Court on July 17, 1989; the bar of the United States Court of Appeals for the First Circuit on January 29, 2000; the bar of the United States Court of Appeals for the Second Circuit on November 10, 1998; the bar of the United States Court of Appeals for the Third Circuit on February 4, 1992; the bar of the United States Court of Appeals for the Fifth Circuit on February 5, 1990; the bar of the United States Court of Appeals for the Sixth Circuit on June 23, 1989; the bar of the United States Court of Appeals for the Seventh Circuit on October 25, 1996; the bar of the United States Court of Appeals for the Ninth Circuit on January 12, 1999; the bar of the United States Court of Appeals for the Tenth Circuit on September 27, 2001; the bar of the United States Court of Appeals for the Eleventh Circuit on July 15, 1992; the bars of the United States District Courts for the Southern and Eastern Districts of New York on February 1, 1985; and the bar of the United States District Court for the Eastern District of Wisconsin on June 20, 1995.

3. I have not been disciplined by any bar nor are there any pending disciplinary matters against me.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

FILED

MAR 1 9 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5.     I do not practice law from an office located in the District of Columbia.


I affirm under the penalties for perjury that the foregoing is true and correct.

3/1/02
Date

Brenda Wright
Brenda Wright

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR DEMOCRACY, )<br>HEDY EPSTEIN, and )<br>BEN KJELSHUS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FEDERAL ELECTION COMMISSION, )<br>)<br>Defendant. )<br>_____) | Civil Action No.<br><br><br><br><br><br>EXHIBIT D |

**CERTIFICATION OF BONITA TENNERIELLO IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Bonita Tenneriello, certify the following in support of the Motion for Admission *Pro Hac Vice*:

1. My office address is National Voting Rights Institute, One Bromfield Street, 3rd Floor, Boston, Massachusetts, 02108. My telephone number is (617) 368-9100. The facsimile number is (617) 368-9101.

2. I was admitted to the State Bar of Michigan in November 1996, and subsequently was admitted to the bar of the United States Supreme Court in 2001, the bar of the United States Court of Appeals for the Third Circuit in November 2001, and the bars of the U.S. District Court for the Eastern District of Michigan and the U.S. District Court for the Western District of Michigan in 1997.

3. I have not been disciplined by any bar nor are there any pending disciplinary matters against me.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not practice law from an office located in the District of Columbia.

I affirm under the penalties for perjury that the foregoing is true and correct.

3/1/02
Date

Bonita Tenneriello

FILED
MAR 1 9 2002

02 527

I, Bonita Tenneriello, certify the following in support of the Motion for Admission *Pro Hac Vice*:

1. My office address is National Voting Rights Institute, One Bromfield Street, 3rd Floor, Boston, Massachusetts, 02108. My telephone number is (617) 368-9100. The facsimile number is (617) 368-9101.

2. I was admitted to the State Bar of Michigan in November 1996, and subsequently was admitted to the bar of the United States Supreme Court in 2001, the bar of the United States Court of Appeals for the Third Circuit in November 2001, and the bars of the U.S. District Court for the Eastern District of Michigan and the U.S. District Court for the Western District of Michigan in 1997.

3. I have not been disciplined by any bar nor are there any pending disciplinary matters against me.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not practice law from an office located in the District of Columbia.

I affirm under the penalties for perjury that the foregoing is true and correct.

3/1/02
Date

Bonita Tenneriello

FILED
MAR 19 2002



02 527

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* will be served on the following at the Federal Election Commission, with the summons and complaint:

Lawrence Norton
Office of the General Counsel
Federal Election Commission
999 E Street, NW
Washington, DC 20463

This 14th day of March, 2002

_____